# Exhibit 1



# Booking Confirmation - Guest Copy
**Issue Date:** 02 JAN 2018
**Confirmation Copy #:** 1

## General Information

| | | | | | |
|---|---|---|---|---|---|
| CERTIFIED VACATION PLANNER | **Reservation ID:** | 1319777 (Group ID Not Applicable) | | **Booking Date:** | 02 JAN 2018 |
| Attn: ZACK | **Ship:** | LIBERTY OF THE SEAS | | **Booking Status** | Offer |
| | **Departure Date:** | 28 JAN 2018 | | | |
| 1405 EAST 1120 SOUTH | **Itinerary:** | 7 NIGHT WESTERN CARIBBEAN CRUISE | | | |
| UNITED STATES | **Stateroom:** | G-2674 Ocean View Stateroom | | | |
| | **Sailing Date:** | 28 JAN 2018 | | | |

## Guest Information

| | Guest #1 | Guest #2 | Guest #3 | Guest #4 |
|---|---|---|---|---|
| Guest Name | JAY BARBER | ANDREA BARBER | V[redacted] BARBER | J[redacted] BARBER |
| Crown & Anchor Number | | | | |
| Age Range | 25 - 45 | 25 - 45 | 00 - 17 | 00 - 17 |
| Dining | 8:00 PM() | 8:00 PM() | 8:00 PM() | 8:00 PM() |
| Departure Airport | Cruise Only | Cruise Only | Cruise Only | Cruise Only |
| Special Services | | | | |

Stateroom Dining With Booking ID: 1142768-1181364-1217396

## Booking Charges - Currency: USD

| | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total |
|---|---|---|---|---|---|
| Cruise Fare | 899.00 | 899.00 | 356.00 | 356.00 | 2510.00 |
| Kids Sail Free | -191.00 | -213.00 | -166.00 | -166.00 | -736.00 |
| Sail Into 2018 | -75.00 | 0.00 | 0.00 | 0.00 | -75.00 |
| Kids Sail Free | -57.00 | -57.00 | -190.00 | -190.00 | -494.00 |
| Vacation Protection Plan(Declined) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes, fees, and port expenses | 83.05 | 83.05 | 83.05 | 83.05 | 332.20 |
| **Total Charge** | **659.05** | **712.05** | **83.05** | **83.05** | **1537.20** |
| **Amount Paid** | | | | | **1537.20** |
| **Balance Due** | | | | | **0.00** |

Deposit has been posted to your reservation.   Final Payment has been posted to your reservation.

The balance due must be paid in full by the final payment date listed above to prevent your booking from cancelling. Balance and payments may not reflect recent transactions made within the past 48 hours.

The Royal Caribbean Travel Protection Program is not in effect until the plan cost has been received by Royal Caribbean in addition to any cruise deposits due. Deposit amounts may vary by promotion

A $14.50 per guest, per day gratuity will be automatically added to each guests SeaPass account on a daily basis to be shared among dining, bar & culinary services staff, stateroom attendants and other hotel services teams who work behind he scenes to enhance the cruise experience. Suite guests will see a $17.50 daily gratuity. Guests who prepaid gratuities prior to boarding their cruise will not see a daily charge onboard. An 18% gratuity is also automatically added to beverage, mini bar, spa, and salon purchases.

## Onboard Credits - Currency

| | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total |
|---|---|---|---|---|---|
| USD | | | | | |

| Cancellation Schedule | Cancellation Amount | Date |
|---|---|---|
| Prior to Final Payment Due Date | No Charge (except for Non-Refundable Deposit amounts) | |
| 89 to 57 Days Prior to Sailing | 250.00 Deposit Amount Per Guest | 31 OCT 2017 |
| 56 to 29 Days Prior to Sailing | 50% Per Guest | 03 DEC 2017 |
| 28 to 15 Days Prior to Sailing | 75% Per Guest | 31 DEC 2017 |
| 14 to 0 Days Prior to Sailing | 100% Per Guest | 14 JAN 2018 |

## Booking Itinerary
**Pre Cruise Arrangements**

**Cruise Itinerary - Check-in Between: 10:30 AM - 3:00 PM** (Embarkation time, itinerary, hotel, rail and/or transportation may change without notice as conditions warrant)

| Date | Port Location | Arrive | Depart | Date | Port Locaton | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 28 JAN | GALVESTON, TEXAS | | 4:00 PM | 01 FEB | PUERTO COSTA MAYA, MEXICO | 8:00 AM | 5:00 PM |
| 29 JAN | CRUISING | | | 02 FEB | COZUMEL, MEXICO | 7:00 AM | 5:00 PM |
| 30 JAN | CRUISING | | | 03 FEB | CRUISING | | |
| 31 JAN | ROATAN, HONDURAS | 8:00 AM | 5:00 PM | 04 FEB | GALVESTON, TEXAS | 6:30 AM | |

**Formal Night:** Make it a night out in your best black-tie look– suits and ties, tuxedos, cocktail dresses or evening gowns.
• Usually on day 2 and 6



# Booking Confirmation - Guest Copy
**Issue Date:** 02 JAN 2018
**Confirmation Copy #:** 1

## General Information

| | | | | |
|---|---|---|---|---|
| CERTIFIED VACATION PLANNER | **Reservation ID:** | 1319777  (Group ID Not Applicable) | **Booking Date:** | 02 JAN 2018 |
| Attn: ZACK | **Ship:** | LIBERTY OF THE SEAS | **Booking Status** | Offer |
| | **Departure Date:** | 28 JAN 2018 | | |
| 1405 EAST 1120 SOUTH | **Itinerary:** | 7 NIGHT WESTERN CARIBBEAN CRUISE | | |
| UNITED STATES | **Stateroom:** | G-2674 Ocean View Stateroom | | |
| | **Sailing Date:** | 28 JAN 2018 | | |

### Post Cruise Arrangements

**Zika Virus Update**
The CDC has issued a travel alert regarding the Zika virus for certain countries, which may be included in your cruise itinerary. To learn more about the Zika virus, please visit the CDC's website. For travel-related concerns, please visit http://www.royalcaribbean.com/contentPage.do?pagename=royal_caribbean_security_guide or contact us or your travel agent.

## Important Information



- We will no longer allow Samsung Galaxy Note 7 cell phones onboard our ships. This decision was made in light of recent incidents and safety concerns raised by Samsung about this particular device, as well as the Federal Aviation Administration (FAA) recent ban of the phone from all airplanes. We ask that guests who own a Samsung Galaxy Note 7 not bring the device on your cruise.
- Please take a few minutes to familiarize yourself wi h the required travel documents you will be asked to provide prior to boarding the ship. It is the guest's responsibility to obtain all valid travel documents for their vacation.  Please review the Vital Information page that follows.
- Protect your investment by securing our Travel Protection Program. Royal Caribbean Travel Protection Program provides coverage for trip interruption, accident and sickness medical benefits, evacuation, baggage protection and much more.  For detailed information on our Travel Protection Program, please visit www.RoyalCaribbean.com/TravelProtectionProgram.
- The Royal Caribbean Travel Protection Program is not in effect until the plan cost has been received by Royal Caribbean in addition to any cruise deposits due.
- Due to new government regulations, Guests must be checked-in and onboard no later than 90 minutes prior to the sailing time or  hey will not be permitted to sail. To expedite boarding, check-in online at www.RoyalCaribbean.com/onlinecheckin.  This is available 24 hours after final payment has been made and up to three (3) days prior to sailing, not including the day of sailing.

   Bookings may only be transferred to a Travel Agent up until 60 days from creation if the request is made outside of final payment period and the booking is not paid in full.  If a booking has a ChoiceAir ticket and the transfer request involves a change in currency we cannot accommodate a transfer. Guests wishing to transfer their reservation to a travel agency must submit their request in writing utilizing our au horiza ion transfer form found on our consumer website.  The form must be completed and signed by one of the direct guests on  he reserva ion and faxed or mailed to Sales Administration for processing. The fax number and address can be found on the form.



**Booking Confirmation**
Issue Date: 02 JAN 2018
Booking ID: 1319777
Guest Last Name: BARBER

## Vital Information



### Before You Leave: Required Travel Documents and Identification

It is the guest's responsibility to obtain all valid travel documents for their vacation. These valid travel documents such as passports, visas, inoculation certificate and family legal documents are required for boarding and re-entry into the United States and other countries. Guests should check with their travel agent and/or government authority to determine the travel documents needed for each destination, including the port of embarkation.

### Documentation and Immigration Requirements

- Guests are highly encouraged to travel with a valid passport, even when not required.
- For your protection, we recommend that your passport expiration date does not occur within six (6) months of the sailing return date.
- Some foreign ports of call require a visa.  Please contact the Embassy (Consular Services) of each country on your sailing itinerary or the visa service of your choice for specific visa requirements, information, forms and fees for your nationality. Royal Caribbean suggests the visa provider, CIBT at www.visacentral.com/royalcaribbean or 1.800.858 8579 (identify yourself as a Royal Caribbean guest for discounted rates).
- The spelling of the guest(s) name as booked for a cruise must match exactly as their valid passport or proof of citizenship / identification during ship check-in formalities.
- Certain countries may have specific travel requirements for your itinerary.  Please check any one of the websites below to understand what is necessary for your vacation.
- All guests (including children) must present a valid passport when sailing on U.S. Open Loop voyages.  These are voyages that commence in a U.S. port, travel within the Western Hemisphere, and end at a different U.S. port.  When traveling on these sailings, please take extra caution in understanding the specific documentation requirements.
- All guests (including children) require specific travel documents that may include either a passport or other documentation, such as a government-issued birth certificate and laminated government issued picture ID denoting photo, name and date of birth, when traveling on U.S. Closed Loop voyages. These are voyages that commence and end in the same U.S. port without leaving the western hemisphere. Please note that Baptismal papers, hospital certificates of birth, voter registration cards or Social Security cards are not considered proof of citizenship.  Please view the websites below for more information.
- Should the last names of the parent and minor child traveling with them differ, the parent is required to present the child's valid passport and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy). The name of the parent(s) and the child must be linked through legal documentation.
- Adults who are not the parent or legal guardian of a minor traveling with them must present an original notarized letter signed by the child's parent(s), authorizing the adult to take the child on the specific cruise, supervise the child and allow emergency medical treatment to be administered.
- Guests on consecutive sailings must ensure they have the proper travel documents for their entire cruise vacation and for any port within their itinerary(s).

Please refer to one of the following websites for details on documentation requirements as it relates to your itinerary:

- WHTI (Western Hemisphere Travel Initiative):           Website:  www.getyouhome.gov
- Royal Caribbean's Recommended Visa and Passport Provider:   Website:  www.visacentral.com/royalcaribbean
- Alien Registration Card                                Website:  http://www.usimmigrationsupport.org/greencard_renewal.html
- Royal Caribbean International                          Website:  www.RoyalCaribbean.com

This booking is governed by the terms and conditions of the Cruise/Cruisetour Ticket Contract.  A copy of the most current version of that contract can be viewed at www.RoyalCaribbean.com.

## Enhance Your Experience



- **Pre-Book Shore & Land Excursions:** Maximize your destination experience with our Shore and Land Excursions program which can be reserved online up to 4 days before your sail date. To book or browse, visit www.royalcaribbean.com/shorex.
- **Wine and Dine Packages:** Choose from several dining options and drink packages to create your perfect cruise vacation. Whether you're looking for fine food, a cozy setting or an evening of fun and intrigue, you can make reservations at our specialty restaurants or look for other dining experiences. You can also purchase fantastic wine packages and select the beverage packages you want before your cruise. Please visit www.RoyalCaribbean.com for more information.
- **Book Air Transportation:** AIR2SEA provides you access to thousands of published and contracted low priced air fares.  All that is required is your guest booking number. Then, go to the website located RoyalCaribbean.com/Air2Sea at and you are on your way to booking air transportation for your cruise vacation!

## Travel Tips



- When packing for your cruise, we recommend that you pack a small carry-on bag with your medications, travel documents, a change of clothes, and any valuables or electronics that you will be bringing on your cruise.
- When deciding which Credit/Debit card to associate with your SeaPass onboard spending account, please keep in mind that temporary holds may be placed on your funds and these can take up to 24– 48 hours after your cruise to drop off of your account.
- Having the right travel documents is one of the most important parts of getting ready for your trip.  Please be sure to check your itinerary for the countries you will visit and their travel document requirements for your nationality, these may include passports, visas, inoculation certificates and family legal documents. Obtaining these are your responsibility.