D. Loren Washburn (#10993)
  lwashburn@smithcorrell.com
**SMITH CORRELL, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone: (801) 584-1800
Facsimile: (801) 584-1820

*Attorneys for Defendant Jay Zachary Barber*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAY ZACHARY BARBER,<br><br>  Defendant. | **[PROPOSED] ORDER GRANTING EXPEDITED MOTION FOR INTERNATIONAL TRAVEL**<br><br>Case No. 2:17-cr-00518 DN |

Based on the Defendant's Expedited Motion for International Travel and for good cause appearing, this Court hereby orders:

1. The Defendant's Expedited Motion for International Travel is GRANTED;

2. The Defendant is authorized to travel in accordance with the itinerary provided as Exhibit 1 to the motion;

3. Pretrial Services shall temporarily release his passport for the travel dates specified in the exhibit; and

4. The Defendant shall surrender his passport to Pretrial Services immediately upon return.

DATED: January 22, 2018                    **SMITH CORRELL, LLP**

                                                                /s/D. Loren Washburn
                                                           D. Loren Washburn

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, the foregoing **[PROPOSED] ORDER GRANTING EXPEDITED MOTION FOR INTERNATIONAL TRAVEL** was served upon the person(s) named below, at the address set out below by CM/ECF:

Michael Kennedy
Tyler L. Murray
UNITED STATES ATTORNEY'S OFFICE
111 South Main Street Suite 1800
Salt Lake City, UT 84111

/s/ Melina Hernandez