IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAY ZACHARY BARBER a.k.a.<br>ZACH BARBER,<br>and<br>GARRETT BARBER,<br><br>Defendants. | **ORDER GRANTING [67] MOTION FOR AMENDED ORDER OF FORFEITURE**<br><br>Case No. 2:17-cr-00518-DN<br><br>District Judge David Nuffer |

Based on the Motion for Amended Order of Forfeiture (the "Motion"),[1] the declaration of

Special Agent Katie Kerkhoff attached thereto,[2] and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion[3] is GRANTED.  IT IS FURTHER

ORDERED that this order shall replace the previously entered order of forfeiture.[4]

IT IS ORDERED AS FOLLOWS:

1.      As a result of a plea of guilty to Conspiracy to Defraud the United States and to

Commit an Offense Against the United States (Wire Fraud in violation of 18 U.S.C. § 1343) for

which the government sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. §

---

[1] Motion for Amended Order of Forfeiture, docket no. 67, filed December 13, 2019.

[2] Motion, Exhibit 1, Declaration in Support of Motion for Amended Order of Forfeiture, docket no. 67-1, field December 13, 2019.

[3] Order of Forfeiture, docket no. 52, filed August 23, 2018.

[4] Amended Judgment in a Criminal Case, docket no. 64, filed January 10, 2019.

2461(c) and 21 U.S.C. § 853(p), the defendants Jay Zachary Barber and Garrett Barber, shall

forfeit to the United States any property, real or personal, which constitutes or is derived from

proceeds traceable to their wire fraud scheme in violation of 18 U.S.C. § 1343.

2.      It is determined that the defendant's wire fraud scheme generated $1,324,399.00

in proceeds and that of that amount Jay Zachary Barber obtained $403,941.70 and Garrett Barber

obtained $920,457.30.  It is further determined that the respective amounts for each defendant

represent the value of property unavailable for forfeiture for one or more reasons specified in 21

U.S.C. § 853(p).

2.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. §

853(p), and Fed. R. Crim. P. Rule 32.2(b)(1), a money judgment of $403,941.70 is imposed

against Jay Zachary Barber and a money judgment of $920,457.30 is imposed against Garrett

Barber, representing the value of the proceeds obtained by each defendant in connection with the

above-referenced offense(s).

4.      Under Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding to address potential

third-party interest is required since this order only consists of money judgments.

5.      Under Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture is final as to both

defendants since they have already been sentenced in this matter.

6.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

order of forfeiture to substitute property having a value not to exceed $403,941.70 in the case of

Jay Zachary Barber and $920,457.30 in the case of Garrett Barber to satisfy their respective

money judgments in whole or in part.

7.      The Court shall retain jurisdiction in the case for the purpose of enforcing this

Order.

Signed January 17, 2020

BY THE COURT:

_____

David Nuffer
United States District udge